AO 442 (Rev. 5/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

UNITED STATES OF AMERICA

05M-1068-JGD

v.

**WARRANT FOR ARREST**

ALISA L. ATKINS

CASE NUMBER: 2:05-172

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALISA L. ATKINS
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation

charging him or her with (brief description of offense)

*For charges, see attached copy of Indictment. A copy of the Indictment is attached for service on defendant.*

RECEIVED UNITED STATES MARSHALS COLUMBIA, S.C. 05 FEB 22 AM 7:55

in violation of Title __18__, United States Code, Sections(s) __228 (a)(1) and 228(a)(3)__.

**LARRY W. PROPES**
Name of Issuing Officer

*Theresa Tillman* (signature)
Signature of Issuing Officer

Clerk
Title of Issuing Officer

February 16, 2005, Columbia, South Carolina
Date and Location

BOND TO BE SET BY JUDICIAL OFFICER BEFORE
WHOM DEFENDANT INITIALLY APPEARS

by S  JOSEPH R. McCRORY
Name of Judicial Officer
United States Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |