UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           )
                                   )
                                   )
             v.                    ) Magistrate Judge Case No.
                                   )
ALISA ATKINS                       )      *05m- 1068- J6D*
                                   )
                                   )

## AFFIDAVIT

I, Lisa Dumont, Special Agent with the Federal Bureau of

Investigation, do hereby make oath before Judith G. Dein, United

States Magistrate Judge for the District of Massachusetts, that

in my official capacity I was advised of the existence of a

warrant for the arrest of ALISA ATKINS.  Said warrant was issued

on February 16, 2005 in the District of South Carolina,

Charleston Division to answer an indictment for violations of 18

U.S.C. §§ 228(a)(1) & (3) (failure to pay child support).  I do

hereby make oath that on March 9, 2005 I executed said warrant by

arresting ALISA ATKINS in the District of Massachusetts and that

the above-referenced indictment remains outstanding in the

District of South Carolina, Charleston Division.

_____
LISA DUMONT
Special Agent, Federal
Bureau of Investigation

Subscribed and sworn to before me this 9th day of March 2005.

_____
JUDITH G. DEIN
U.S. Magistrate Judge
District of Massachusetts