AO 467 (Rev. 1/86) Order Holding Defendant

# UNITED STATES DISTRICT COURT

_____ DISTRICT _____MASSACHUSETTS_____

UNITED STATES OF AMERICA
V.

ALISA L. ATKINS

**ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION**

Case Number:   05M-1068-JGD

Charging District Case Number:   2:05-172

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of ____South Carolina____ ; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified)   Charleston Federal Courthouse, 85 Broad Street,
                                                                *Place and Address*

South Carolina, Courtroom # 5 Judge Kosko  on  march 24, 2005 @ 10:00am.
                                                *Date and Time*

_____
Signature of Judicial Officer

March 9, 2005                                 Judith Gail Dein, United States Magistrate Judge
*Date*                                        *Name and Title of Judicial Officer*